[925 NE2d 581, 898 NYS2d 543]

CECILIA TEODORESCU, Appellant, v RESNICK & BINDER, P.C., Respondent.

Argued February 11, 2010; decided March 25, 2010

**APPEARANCES OF COUNSEL**

*Lawrence B. Lame*, Jamaica, and *Jonah Grossman* for appellant.

*Kelleher & Maragno, LLP*, Albany (*John J. Kelleher* of counsel), for respondent.

**OPINION OF THE COURT**

Order reversed, with costs, and defendant's motion for summary judgment denied. We hold, contrary to the Appellate Division, that plaintiff raised issues of fact regarding whether she could have prevailed on a theory of constructive notice.

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.